Form 205BNC  (Revised 03/07/2013)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201–2423

Case Number: 11–00952–jw                                    Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Richard Staley
171 Pitt Rd.
Denmark, SC 29042

SSN: xxx–xx–8578

| **Entered By The Court** **6/21/13** | **ORDER** | **Filed By The Court** **6/21/13** **L. Jefferson Davis IV (Acting)** **Clerk of Court** **US Bankruptcy Court** |

This matter comes before the Court on a Petition to Dismiss the above–captioned Chapter 13 case. Following notice and an opportunity for a hearing or a hearing having been held, the Court finds and concludes, as marked below:

_  P–I.    The relief sought is granted and the case is hereby dismissed.

_  P–II.   The relief sought is denied.

_  P–III.  The relief sought is denied based upon an agreement between the trustee and the debtor(s) and/or the attorney for the debtor(s), whereby this case may be dismissed upon request of the trustee, without further notice or hearing, if the debtor(s) fail(s) to comply with the terms of this agreement. If this matter arose because of the debtor(s) failure to make payments to the trustee, the case may also be dismissed upon request of the trustee, without further notice or hearing, if the debtor(s) fail(s) to make future payments, as they become due.

X  P–IV.   The relief sought is granted and the case is hereby dismissed with prejudice based upon a previous Order directing that any dismissal of this case would be with prejudice. The debtor(s) is/are hereby directed not to file a Petition under Chapters 11, 12 and 13 for a period of **one year** from the entry of this Order.

AND IT IS SO ORDERED.

Document 47 – 46

*John E Waites*

United States Bankruptcy Judge